## NO. 16,969

| | |
|---|---|
| **STATE OF TEXAS** | § IN THE DISTRICT COURT |
| | § |
| **vs.** | § 115TH JUDICIAL DISTRICT |
| | § |
| **ROBERT WAYNE FRY** | § UPSHUR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/23/2015 1:59:38 PM
DEBBIE AUTREY
Clerk

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ROBERT WAYNE FRY, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against ROBERT WAYNE FRY.

Respectfully submitted,

MATTHEW R. PATTON, IV
ATTORNEY AT LAW, P.C.
P.O. BOX 1110
GILMER, TEXAS 75644
Tel: (903) 843-3029
Fax: (903) 680-0163

BY: _____
MATTHEW R. PATTON, IV
State Bar No. 24002736
matthew@matthewpattonlaw.com
Attorney for ROBERT WAYNE FRY

### CERTIFICATE OF SERVICE

This is to certify that on November 4, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Upshur County, 405 N. Titus Street, Gilmer, Texas, by facsimile transmission to 903-843-3661.

_____
MATTHEW R. PATTON, IV

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.     16,969

ROBERT WAYNE FRY                    *      IN THE 115TH DISTRICT COURT

VS.                                 *      OF

THE STATE OF TEXAS                  *      UPSHUR COUNTY, TEXAS

The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: BURGLARY OF A HABITATION

PUNISHMENT ASSESSED: TEN (10) YEARS TDCJ

WAS THIS A REVOCATION OF PROBATION? _____X___ YES _____ NO

DEFENDANT IS: IN JAIL _____X_____ OUT ON BOND _____ OUT ON PROBATION_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE 19TH DAY OF OCTOBER, 2015.

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN NOTICE OF APPEAL WAS FILED ON: 4TH DAY OF NOVEMBER, 2015.

MOTION FOR NEW TRIAL FILED ____X____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE: Lauren Parish

TRIAL COURT REPORTER: Deanna Drennan

ADDRESS: P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS: RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: James P. Finstrom

BAR CODE NUMBER 07038000

ADDRESS: 202 South Marshall, P. O. Box 276, Jefferson, Texas 75657

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Billy W. Byrd

BAR CODE NUMBER 24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 23RD DAY OF NOVEMBER, 2015.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK